IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JILL FINKEN, | ) | CASE NO. 8:15CV180 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF RECUSAL |
| | ) | REQUEST FOR REASSIGNMENT |
| LORETTA LYNCH, Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE, and UNITED STATES ATTORNEY'S OFFICE, DISTRICT OF NEBRASKA, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

DATED this 28th day of May, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge