IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JILL FINKEN,

                    Plaintiff,

vs.

LORETTA LYNCH, ATTORNEY
GENERAL OF THE UNITED STATES,
et al.,

                    Defendants.

8:15-CV-180

ORDER

This matter is before the Court on the plaintiff's Unresisted Partial Dismissal without Prejudice (filing 23). The plaintiff has moved to dismiss defendants the United States Department of Justice and the United States Attorney's Office, District of Nebraska. Additionally, the plaintiff has moved for a partial dismissal of Count II as to the Americans with Disabilities Act as Amended claim only. The motion will be granted.

IT IS ORDERED:

1.  The Unresisted Partial Dismissal without Prejudice (filing 23) is granted.

2.  The claims asserted between the plaintiff and the United States Department of Justice and the United States Attorney's Office, District of Nebraska in this case are dismissed without prejudice.

3.  The Americans with Disabilities Act as Amended claim in Count II is dismissed without prejudice.

4.  The parties shall bear their own costs and fees with respect to those claims.

5.  The United States Department of Justice and the United States Attorney's Office, District of Nebraska are terminated as parties to this case.

Dated this 2nd day of October, 2015.

BY THE COURT:

_____
John M. Gerrard
United States District Judge